IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **AMBER CANO** § § § § **VS.** § § **FERNANDO CASTILLO MORENO AND** § **ROCIO KARINA GUTIERREZ DE HOYOS** § **D/B/A BORDER FREIGHT** § | **CIVIL CASE NO._____** **JURY DEMAND** |

**APPLICATION AND NOTICE OF REMOVAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendants **FERNANDO CASTILLO MORENO AND ROCIO KARINA GUTIERREZ DE HOYOS D/B/A BORDER FREIGHT** ("Applicants") files this Application and Notice of Removal and in support thereof would show the Court the following:

1. On December 16, 2021, Plaintiff, Amber Cano, filed her Plaintiff's Original Petition in a cause of action against Defendants, Fernando Castillo Moreno and Rocio Karina Gutierrez De Hoyos d/b/a Border Freight, in the 389th Judicial District Court of Hidalgo County, Texas, Cause No. C-5064-21-H,

2. On January 17, 2022, Defendant Rocio Karina Gutierrez De Hoyos d/b/a Border Freight, filed her Original Answer to Plaintiff's Original Petition.

3. On January 17, 2022, Defendant Fernando Castillo Moreno, filed his Original Answer to Plaintiff's Original Petition.

4. Pursuant to 28 U.S.C. § 1446(b)(3) this notice of removal was filed within 30 days after Defendants Fernando Castillo Moreno and Rocio Karina Gutierrez De Hoyos d/b/a Border Freight received notice of this lawsuit. Defendant Rocio Karina Gutierrez De Hoyos d/b/a Border Freight was notified of the existence of this lawsuit via telephone by her attorney on January 5, 2022 and she in turn notified Defendant driver of the lawsuit.

5. This case is one which is removable based upon diversity jurisdiction.

6. Plaintiff is a resident of Hidalgo County per Plaintiff's Original Petition. Rocio Karina Gutierrez De Hoyos d/b/a Border Freight is a person who is a Mexican citizen and resident. Fernando Castillo Moreno is a citizen and a resident of Reynosa, Tamaulipas, Mexico. Neither Defendant is a citizen or resident of Texas or the United States.

7. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about January 20, 2020. Defendants plead that the Court has subject matter jurisdiction over this action, because Plaintiff seeks damages in excess of this court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the state court action was pending.

8. The amount in controversy exceeds $75,000.00. In Plaintiff's Original Petition, Plaintiff seeks monetary relief over $1,000,000.00.

9. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

    a. Plaintiff: Amber Cano.

    b. Defendants: Fernando Castillo Moreno and Rocio Karina Gutierrez De Hoyos d/b/a Border Freight

c.  Status of service of Process: Fernando Castillo Moreno was purportedly served by substituted service on the Chairmen of the Texas Transportation Commission. Mr. Castillo did not receive service of process or any documents from the Texas Transportation Commission. Rather, he was notified of the lawsuit by his employer on January 5, 2022 after his employer received notice from her attorney. Rocio Karina Gutierrez De Hoyos d/b/a Border Freight was purportedly served by substituted service on the Texas Secretary of State. Rocio Karina Gutierrez de Hoyos did not receive service of process or any documents from the Texas Secretary of State. She was notified of the lawsuit by her attorney on January 5, 2022.

d.  Counsel for each party is as follows:

**Counsel for Plaintiff, Amber Cano.**

**Email:  eservice@tamezandortegon.com**
Christopher Tamez
Ashley Rincon
Tamez & Ortegon, PLLC
1009 E. Expressway 83
Pharr, Texas 78577
Telephone:  (956) 630-0885
Facsimile:  (956) 683-0485

**Counsel for Defendants   Fernando Castillo Moreno and Rocio Karina Gutierrez de Hoyos d/b/a Border Freight:**

**E-mail: trodriguez@vlrhlaw.com/nvega@vlrhlaw.com/lhernandez@vlrhlaw.com**
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone:  956-381-6602
Facsimile:  956-381-0725

e.  A jury was demanded by Defendant Rocio Karina Gutierrez de Hoyos d/b/a Border Freight in the 389th Judicial District Court and the jury fee was paid.

f.  Name and address of court from which the case is being removed:

389th Judicial District Court
Hidalgo County

3

       100 S. Closner
       Edinburg, Texas 78541

10. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 389th Judicial District Court of Hidalgo County, Texas, Cause No. C-5064-21-H styled *Amber Cano vs. Fernando Castillo Moreno and Rocio Karina Gutierrez De Hoyos d/b/a Border Freight,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which she may show herself justly entitled.

                                Respectfully submitted,

                             By:   */s/ Tamara Rodriguez*
                                     State Bar No. 00791647
                                     Federal Bar No. 18972
                                     Attorney in Charge

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
**Attorneys for Defendants Fernando Castillo Moreno**
**And Rocio Karina Gutierrez De Hoyos**
**d/b/a Border Freight**

4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 26th day of January 2022, as follows:

**VIA E-SERVICE:  eservice@tamezandortegon.com**
Christopher Tamez
Ashley Rincon
Tamez & Ortegon, PLLC
1009 E. Expressway 83
Pharr, Texas 78577

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tamara Rodriguez*