# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| AMBER M. CANO | § | |
| | § | |
| | § | CIVIL CASE NO. 7:22-cv-00038 |
| | § | JURY DEMAND |
| VS. | § | |
| | § | |
| FERNANDO CASTILLO MORENO AND | § | |
| ROCIO KARINA GUTIERREZ DE HOYOS | § | |
| D/B/A BORDER FREIGHT | § | |

## COURT ADVISORY

**TO THE HONORABLE JUDGE OF SAID COURT:**

The parties are pleased to announce to the Court that the above-captioned case settled. The parties are working on the preparation and execution of the settlement documents.

The parties anticipate they will need thirty (30) days for the completion and exchange of settlement documents.

Respectfully submitted,

By: _____

Chris Tamez
State Bar No.  24033256
Federal Bar No.  1096878
Attorney in Charge

Of Counsel:
TAMEZ & ORTEGON, PLLC
1009 E. Expressway 83
Pharr, Texas 78557
Telephone: (956) 630-0885
Facsimile: (956) 683-0485
Email:eservice@tamezandortegon.com
Attorney for Plaintiff Amber Cano

1

Respectfully submitted,

By: _____

Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vrrtxlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been rwarded to opposing counsel on this the 4th day of October 2022 as follows:

Email:eservice@tamezandortegon.com
Chris Tamez
TAMEZ & ORTEGON, PLLC
1009 E. Expressway 83
Pharr, Texas 78557
**Attorney for Plaintiff Amber Cano**

Tamara L. Rodriguez