United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMBER M. CANO | § § § § | CIVIL CASE NO. 7:22-cv-00038 JURY DEMAND |
| VS. | § § § | |
| FERNANDO CASTILLO MORENO AND ROCIO KARINA GUTIERREZ DE HOYOS D/B/A BORDER FREIGHT | § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 7th day of February, 2023, came to be considered Plaintiff, AMBER CANO and Defendants FERNANDO CASTILLO MORENO AND ROCIO KARINA GUTIERREZ DE HOYOS D/B/A BORDER FREIGHT, Joint Request for and Stipulation of Dismissal with Prejudice as per Federal Rule Civil Procedure 41(a)(2) which the Court will consider as a Motion to Dismiss and is of the opinion that same should be GRANTED.

IT IS ACCORDINGLY ORDERED that the claims of Plaintiff, AMBER CANO, against Defendants FERNANDO CASTILLO MORENO AND ROCIO KARINA GUTIERREZ DE HOYOS D/B/A BORDER FREIGHT, in the above-entitled and numbered cause be, and hereby are, in all things **DISMISSED WITH PREJUDICE**, with taxable court costs incurred in this matter to be taxed against the party incurring same.

Signed on this 7th day of February, 2023

*Ricardo H. Hinojosa*
United States District Judge
Ricardo H. Hinojosa

1